LAW LIBRARY

NO. 29342

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

C. BREWER AND COMPANY, LIMITED, a Hawaii Corporation,
Respondent/Plaintiff-Appellee,

vs.

HAWAII INSURANCE GUARANTY ASSOCIATION, a statutorily
created non-profit unincorporated legal entity
Petitioner/Defendant-Appellant.

K. HAMADA
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 AUG 27 PM 2:38

FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-0543)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI AS UNTIMELY
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Hawaii Insurance

Guaranty Association's application for writ of certiorari, filed

on August 18, 2010, is hereby dismissed as untimely.

DATED:  Honolulu, Hawai'i, August 27, 2010.

FOR THE COURT:

*James E. Duffy Jr.*
Associate Justice

APPELLATE COURTS
SEAL
STATE OF HAWAI'I

Kevin P.H. Sumida
for petitioner/
defendant-appellant
on the application

Gary G. Grimmer
and Nathaniel A. Higa
for respondent/plaintiff-
appellee on the response

---

[1]Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald,
JJ. and Circuit Judge Browning, in place of Moon, C.J., recused.